# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID VON DE BUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:15-CV-50176 |
| v. ) | |
| ) | Magistrate Judge Iain D. Johnston |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS ACTION

It is hereby stipulated and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATE: _____

David Von De Bur

By: /s/Richard A. Haydu
Richard A. Haydu
HOEY & FARINA, P.C.
542 South Dearborn Street
Suite 200
Chicago, IL 60605

UNION PACIFIC RAILROAD COMPANY

By: /s/Tanya Springman
Tanya Springman
General Attorney
Union Pacific Railroad Company
101 N. Wacker Drive, Room 1920
Chicago, IL 60606